1  BENJAMIN B. WAGNER
   United States Attorney
2  JILL M. THOMAS
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  (916) 554-2700

5

6  Attorneys for Plaintiff
   United States of America
7

8                IN THE UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,           CASE NO. 2:14-CR-0071 JAM

12              Plaintiff,              ORDER TO SEAL
                                        (UNDER SEAL)
13       v.

14 JOSEPH DAROSA,
     aka "JoJo,"
15
                Defendant.
16

17
        The Court hereby orders that the Indictment, the Petition of Assistant U.S. Attorney Jill M. Thomas
18
   to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until further order of the
19
   Court.
20

21
   Dated: 3/13/14
22
                                              _____
23                                            HONORABLE DALE A. DROZD
                                              United States Magistrate Judge
24

FILED

MAR 13 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK