UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**

April 3, 2014

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:14-cr-00071-JAM |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| JOSPEH DAROSA, ) | PERSON IN CUSTODY |
| Defendant. ) | |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release, JOSPEH DAROSA, Case No. 2:14-cr-00071-

JAM from custody subject to the conditions contained in the attached "Notice to Defendant Being

Released" and for the following reasons:

_____    Release on Personal Recognizance

__X__    Bail Posted in the Sum of: $150,000.00

    __X__    Unsecured Appearance Bond $50,000.00

    __X__    Secured Appearance Bond $100,000.00

    __X__    (Other) Conditions as stated on the record.

This release order is not effective until the date defendant has signed and understands the attached

"Notice to Defendant Being Released".

Issued at _Sacramento, CA_ on _04/03/2014_ at _3. 11 p.m_.

By _____

Edmund F. Brennan
United States Magistrate Judge