William E. Bonham, SBN: 55478
916 2nd Street, 2nd Floor
Sacramento, CA 95814
Telephone:(916) 557-1113

Attorney for defendant
JOSEPH DAROSA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:14-CR-00071-JAM |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |
| JOSEPH DAROSA, | |
| Defendant. | |

The defendant, JOSEPH DAROSA, by and through his undersigned counsel and the United States by and through its undersigned counsel, hereby agree and request that the status conference currently set for Tuesday, May 13, 2014 at 9:45 am be vacated and continued to Tuesday, August 12, at 9:45 am.

A continuance is necessary to provide counsel with additional time to review discovery provided by the government consisting of 8 discs, 1 containing bates 000001 to 000040 (reports), and 7 containing audio recordings.

The parties stipulate that the failure to grant a continuance in this matter would deny counsel reasonable time

necessary for effective preparation, taking into account the exercise of due diligence; that the ends of justice served by granting this continuance outweigh the best interest of the public and the defendant in a speedy trial; and that time should be excluded from the computation of time within which trial must commence under the Speedy Trial Act from May 9, 2014, up to and including August 12, 2014, pursuant to 18 U.S.C. § 3161 (h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

    I, William E. Bonham, the filing party, have received authorization from AUSA Jill Thomas to sign and submit this stipulation and proposed order on her behalf.

Dated: May 9, 2014        BENJAMIN B. WAGNER
                                    United States Attorney

                                    By:/s/ WILLIAM BONHAM for
                                    JILL THOMAS
                                    Assistant U.S. Attorney

Dated: May 9, 2014        By:/s/ WILLIAM BONHAM for
                                    WILLIAM BONHAM
                                    Counsel for defendant JOSEPH DAROSA

**ORDER**

IT IS SO ORDERED.  The status conference currently set for Tuesday, May 13, 2014 at 9:45 am is vacated and reset for Tuesday, August 12, 2014, at 9:45 a.m.

I find that the failure to grant such a continuance would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Accordingly, the time within which the trial of this case must be commenced under the Speedy Trial Act is excluded from the date of the parties' stipulation, May 9, 2014 , up to and including the date of the new status conference, August 12, 2014, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4.  I specifically find that the ends of justice served by granting this continuance outweigh the best interest of the public and defendants in a speedy trial within the meaning of 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4.

Dated: May 9, 2014                    /s/ JOHN A. MENDEZ
                                      HON. JOHN A. MENDEZ
                                      U.S. DISTRICT COURT JUDGE