William E. Bonham, SBN: 55478
916 2nd Street, 2nd Floor
Sacramento, CA 95814
Telephone:(916) 557-1113

Attorney for defendant
JOSEPH DAROSA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No.  2:14-CR-00071-JAM |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |
| JOSEPH DAROSA, | |
| Defendant. | |

The defendant, JOSEPH DAROSA, by and through his undersigned counsel and the United States by and through its undersigned counsel, hereby agree and request that the status conference currently set for Tuesday, August 12, 2014 at 9:30 am be vacated and continued to Tuesday, September 30, 2014 at 9:30 am.

A continuance is necessary to provide counsel more time to complete defense investigation and case evaluation and preparation of pretrial motions that has been delayed due to personal family matter of defense counsel involving the death of his sister-in-law, his older brother's wife and additional disturbing behavior of his niece(brother's daughter) and defense counsel having to take over from his brother day to day care of their 93 year old father. Defense counsel has had to continue

several matters that have caused a backup of case obligations.

Defendant is out of custody on property bond posted by family and is in agreement with this continuance.

The parties further stipulate that the failure to grant a continuance in this matter would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence; that the ends of justice served by granting this continuance outweigh the best interest of the public and the defendant in a speedy trial; and that time should be excluded from the computation of time within which trial must commence under the Speedy Trial Act from August 12, 2014, up to and including September 30, 2014, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

I, William E. Bonham, the filing party, have received authorization from AUSA Jill Thomas to sign and submit this stipulation and proposed order on her behalf.

Accordingly, the defense and the United States agree and stipulate that the status conference for defendant Joseph DaRosa should be continued until Tuesday, September 30, 2014 at 9:30 am.

Dated: August 11, 2014          BENJAMIN B. WAGNER
                                United States Attorney

                                By:/s/ WILLIAM BONHAM for
                                JILL THOMAS
                                Assistant U.S. Attorney

Dated: August 11, 2014          By:/s/ WILLIAM BONHAM for
                                WILLIAM BONHAM
                                Counsel for defendant
                                JOSEPH DAROSA

**ORDER**

IT IS SO ORDERED. The status conference currently set for Tuesday, August 12, 2014 at 9:30 am is vacated and continued to Tuesday, September 30, 2014, at 9:30 am.

I find that the failure to grant such a continuance would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Accordingly, the time within which the trial of this case must be commenced under the Speedy Trial Act is excluded from August 12, 2014, up to and including the date of the new status conference, September 30, 2014, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4. I specifically find that the ends of justice served by granting this continuance outweigh the best interest of the public and defendants in a speedy trial within the meaning of 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4.

Dated: August 11, 2014              /s/ John A. Mendez_____
                                    HON. JOHN A. MENDEZ
                                    U.S. DISTRICT COURT JUDGE