William E. Bonham, SBN: 55478
916 2nd Street, 2nd Floor
Sacramento, CA 95814
Telephone:(916) 557-1113

Attorney for defendant
JOSEPH DAROSA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>    v.<br><br>JOSEPH DAROSA,<br><br>           Defendant. | No.  2:14-CR-00071-JAM<br><br>**STIPULATION AND ORDER TO MODIFY CONDITIONS OF RELEASE** |

    The defendant, JOSEPH DAROSA, by and through his undersigned counsel and the United States by and through its undersigned counsel, with the recommendation of Pre-Trial Services Officer Darryl Walker, hereby agree and request that the conditions of his pre-trial release be modified to include a condition requiring Mr. DaRosa to participate in a drug and alcohol treatment program.

    Specifically, the proposed condition will read, "you shall participate in a program of medical or psychiatric treatment, including **treatment for drug or alcohol dependency**, as approved by the pretrial services officer.  You shall pay all or part of the costs of the **counseling** services based upon your ability to pay, as determined by the pretrial services officer."

1

All other conditions shall remain as previously set.

Dated: September 12, 2014         BENJAMIN B. WAGNER
                                  United States Attorney

                                  By:/s/ WILLIAM BONHAM for
                                  JILL THOMAS
                                  Assistant U.S. Attorney

Dated: September 12, 2014         By:/s/ WILLIAM BONHAM for
                                  WILLIAM BONHAM
                                  Counsel for defendant
                                  JOSEPH DAROSA

1                                    **ORDER**

2        IT IS SO ORDERED. The following condition is added to the
3   conditions of Mr. DaRosa's pre-trial release:
4        "You shall participate in a program of medical or
5   psychiatric treatment, including **treatment for drug or alcohol**
6   **dependency**, as approved by the pretrial services officer.  You
7   shall pay all or part of the costs of the **counseling** services
8   based upon your ability to pay, as determined by the pretrial
9   services officer."
10
11  Dated: September 15, 2014          /s/ John A. Mendez_____
                                       HON. JOHN A. MENDEZ
12                                     U.S. DISTRICT COURT JUDGE