```
William E. Bonham, SBN: 55478
Attorney At Law
Hotel de France Bldg. Old Sacramento
916 2nd Street, 2nd Floor, Suite A
Sacramento, CA 95814
Telephone:(916) 557-1113
Facsimile: (916) 557-1118
E-mail: billbonham@mylaw.comcastbiz.net


Attorney for defendant
JOSEPH DAROSA
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:14-CR-00071-JAM |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |
| JOSEPH DAROSA, | |
| Defendant. | |

The defendant, JOSEPH DAROSA, by and through his undersigned counsel and the United States by and through its undersigned counsel, hereby agree and request that the status conference currently set for Tuesday, February 10, 2015 at 9:30 am be vacated and continued to Tuesday, April 28, 2015 at 9:15 am.

A continuance is necessary as counsel is preparing to begin an attempted murder jury trial in Sacramento County Superior Court on February 26, 2015 that is expected to last for two weeks.  Further, counsel had to prepare for a 5 defendant jury trial for Assault with GBI set for January 23, 2015 that settled just before trial as well as carrying a heavy caseload in Federal Court.  Counsel needs additional time to investigate and evaluate

1  the case and commence negotiations with the U.S. attorney.
2  Defendant is out of custody on a property bond posted by his
3  family and is in agreement with this continuance.
4      The parties further stipulate that the failure to grant a
5  continuance in this matter would deny counsel reasonable time
6  necessary for effective preparation, taking into account the
7  exercise of due diligence; that the ends of justice served by
8  granting this continuance outweigh the best interest of the
9  public and the defendant in a speedy trial; and that time should
10 be excluded from the computation of time within which trial must
11 commence under the Speedy Trial Act from February 10, 2015, up to
12 and including April 28, 2015, pursuant to 18 U.S.C. § 3161
13 (h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense
14 counsel reasonable time to prepare.
15     I, William E. Bonham, the filing party, have received
16 authorization from AUSA Jill Thomas to sign and submit this
17 stipulation and proposed order on her behalf.
18     Accordingly, the defense and the United States agree and
19 stipulate that the status conference for defendant Joseph DaRosa
20 should be continued until Tuesday, April 28, 2015 at 9:15 am.

21 Dated: February 6, 2014            BENJAMIN B. WAGNER
                                      United States Attorney
22
                                      By:/s/ WILLIAM BONHAM for
23                                    JILL THOMAS
                                      Assistant U.S. Attorney
24

25 Dated: February 6, 2014            By:/s/ WILLIAM BONHAM for
                                      WILLIAM BONHAM
26                                    Counsel for defendant
                                      JOSEPH DAROSA
27

28

**ORDER**

IT IS SO ORDERED.  The status conference currently set for Tuesday, February 10, 2015 at 9:30 am is vacated and continued to Tuesday, April 28, 2015, at 9:15 am.

I find that the failure to grant such a continuance would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Accordingly, the time within which the trial of this case must be commenced under the Speedy Trial Act is excluded from February 10, 2015, up to and including the date of the new status conference, April 28, 2015, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4.  I specifically find that the ends of justice served by granting this continuance outweigh the best interest of the public and defendants in a speedy trial within the meaning of 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4.

Dated: February 6, 2015

/s/ John A. Mendez_____
HON. JOHN A. MENDEZ
U.S. DISTRICT COURT JUDGE