William E. Bonham, SBN: 55478
Attorney At Law
Hotel de France Bldg. Old Sacramento
916 2nd Street, 2nd Floor, Suite A
Sacramento, CA 95814
Telephone:(916) 557-1113
Facsimile: (916) 557-1118
E-mail: billbonham@mylaw.comcastbiz.net

Attorney for defendant
JOSEPH DAROSA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:14-CR-00071-JAM |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |
| JOSEPH DAROSA, | |
| Defendant. | |

The defendant, JOSEPH DAROSA, by and through his undersigned counsel and the United States by and through its undersigned counsel, hereby agree and request that the status conference currently set for Tuesday, April 28, 2015 at 9:15 am be vacated and continued to Tuesday, May 26, 2015 at 9:15 am.

A continuance is necessary to provide defense counsel additional time to review discovery, evaluate the case and hold discussions with his client and negotiations with the government toward a potential resolution of the charges.

The parties further stipulate that the failure to grant a continuance in this matter would deny counsel reasonable time necessary for effective preparation, taking into account the

exercise of due diligence; that the ends of justice served by granting this continuance outweigh the best interest of the public and the defendant in a speedy trial; and that time should be excluded from the computation of time within which trial must commence under the Speedy Trial Act from April 28, 2015, up to and including May 26, 2015, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

I, William E. Bonham, the filing party, have received authorization from AUSA Jill Thomas to sign and submit this stipulation and proposed order on her behalf.

Accordingly, the defense and the United States agree and stipulate that the status conference for defendant Joseph DaRosa should be continued until Tuesday, May 26, 2015 at 9:15 am.

Dated: April 20, 2014

BENJAMIN B. WAGNER
United States Attorney

By:/s/ WILLIAM BONHAM for
JILL THOMAS
Assistant U.S. Attorney

Dated: April 20, 2014

By:/s/ WILLIAM BONHAM for
WILLIAM BONHAM
Counsel for defendant
JOSEPH DAROSA

2

**<u>ORDER</u>**

IT IS SO ORDERED.  The status conference currently set for Tuesday, April 28, 2015 at 9:15 am is vacated and continued to Tuesday, May 26, 2015, at 9:15 am.

I find that the failure to grant such a continuance would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Accordingly, the time within which the trial of this case must be commenced under the Speedy Trial Act is excluded from April 28, 2015, up to and including the date of the new status conference, May 26, 2015, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4.  I specifically find that the ends of justice served by granting this continuance outweigh the best interest of the public and defendants in a speedy trial within the meaning of 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4.

Dated: April 20, 2015             /s/ John A. Mendez_____
                                  HON. JOHN A. MENDEZ
                                  U.S. DISTRICT COURT JUDGE

3