William E. Bonham, SBN: 55478
Attorney At Law
Hotel de France Bldg. Old Sacramento
916 2nd Street, 2nd Floor, Suite A
Sacramento, CA 95814
Telephone:(916) 557-1113
Facsimile: (916) 557-1118
E-mail: billbonham@mylaw.comcastbiz.net

FILED

MAY - 8 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

Attorney for defendant
Joseph DaRosa

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JOSEPH DaROSA Jr., <br><br> Defendant. | No. 2:14-CR-00071 JAM <br><br> [PROPOSED] ORDER FOR PERMISSION TO ATTEND FUNERAL AND FOR INVESTIGATOR TRANSPORTATION FEES AND COSTS |

**ORDER**

GOOD CAUSE APPEARING, IT IS ORDERED THAT:

1. The United States Marshal shall arrange to have Joseph DaRosa Jr. released from the Sacramento County Main Jail on May 9, 2015 at 8:30 a.m. ~~to 6:30 p.m.~~ for purposes of attending funeral services;

2. CJA funds are authorized to pay fees at $60.00 per hour plus costs to Investigator Kenneth Addison to pick up, transport and return Joseph DaRosa Jr. to the Sacramento County Main Jail for the purposes of attending funeral services on May 9, 2015.

**IT IS SO ORDERED.**

Dated: May 8, 2015

_____
HONORABLE ALLISON CLAIRE
United States Magistrate Judge

1