**FILED**
May 8, 2015
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                                          )<br>            Plaintiff,                         )<br>v.                                                       )<br>                                                          )<br>JOSEPH DAROSA,                           )<br>                                                          )<br>            Defendant.                     ) | Case No. 2:14CR00071-JAM<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:      UNITED STATES MARSHAL:

This is to authorize and direct you to release __JOSEPH DAROSA__, Case No. __2:14CR00071-JAM__, Charge __21USC § 841(a)(1)__, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

         __  Release on Personal Recognizance

         __  Bail Posted in the Sum of $__

                  __  Unsecured Appearance Bond

                  __  Appearance Bond with 10% Deposit

                  __  Appearance Bond with Surety

                  __  Corporate Surety Bail Bond

                  __  (Other) __

The defendant is to be released on 5/9/2015 @ 8:30 a.m. to Kenneth Addison, Ca. Private Investigator Lic. 8878 and returned after the funeral and burial services of the defendant Grandmother.

         Issued at __Sacramento, CA__ on __May 8, 2015__ at __3:04 pm__.

                                                                  By  /s/ Allison Claire/s/ Allison Claire
                                                                         Allison Claire
                                                                         United States Magistrate Judge

Copy 2 - Court