```
William E. Bonham, SBN: 55478
Attorney At Law
Hotel de France Bldg. Old Sacramento
916 2nd Street, 2nd Floor, Suite A
Sacramento, CA 95814
Telephone:(916) 557-1113
Facsimile: (916) 557-1118
E-mail: billbonham@mylaw.comcastbiz.net


Attorney for defendant
JOSEPH DAROSA
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JOSEPH DAROSA,<br><br>　　　　Defendant. | No.  2:14-CR-00071-JAM<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |
|---|---|

　　The defendant, JOSEPH DAROSA, by and through his undersigned counsel and the United States by and through its undersigned counsel, hereby agree and request that the status conference currently set for Tuesday, June 23, 2015 at 9:15 am be vacated and continued to Tuesday, August 11, 2015 at 9:15 am.

　　A continuance is necessary to provide defense counsel additional time to review discovery, evaluate the case and hold discussions with his client and negotiations with the government toward a potential resolution of the charges.

　　The parties further stipulate that the failure to grant a continuance in this matter would deny counsel reasonable time necessary for effective preparation, taking into account the

1

1  exercise of due diligence; that the ends of justice served by
2  granting this continuance outweigh the best interest of the
3  public and the defendant in a speedy trial; and that time should
4  be excluded from the computation of time within which trial must
5  commence under the Speedy Trial Act from June 23, 2015, up to and
6  including August 11, 2015, pursuant to 18 U.S.C. § 3161 (h)(7)(A)
7  and (B)(iv) and Local Code T-4, to allow defense counsel
8  reasonable time to prepare.
9       I, William E. Bonham, the filing party, have received
10 authorization from AUSA Jill Thomas to sign and submit this
11 stipulation and proposed order on her behalf.
12      Accordingly, the defense and the United States agree and
13 stipulate that the status conference for defendant Joseph DaRosa
14 should be continued until Tuesday, August 11, 2015 at 9:15 am.

15 Dated: June 18, 2014                BENJAMIN B. WAGNER
                                       United States Attorney
16
                                       By:/s/ WILLIAM BONHAM for
17                                     JILL THOMAS
                                       Assistant U.S. Attorney
18

19 Dated: June 18, 2014                By:/s/ WILLIAM BONHAM for
                                       WILLIAM BONHAM
20                                     Counsel for defendant
                                       JOSEPH DAROSA
21

2

**ORDER**

IT IS SO ORDERED.  The status conference currently set for Tuesday, June 23, 2015 at 9:15 am is vacated and continued to Tuesday, August 11, 2015, at 9:15 am.

I find that the failure to grant such a continuance would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Accordingly, the time within which the trial of this case must be commenced under the Speedy Trial Act is excluded from June 23, 2015, up to and including the date of the new status conference, August 11, 2015, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4.  I specifically find that the ends of justice served by granting this continuance outweigh the best interest of the public and defendants in a speedy trial within the meaning of 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4.

Dated: June 19, 2015            /s/ John A. Mendez_____
                                HON. JOHN A. MENDEZ
                                U.S. DISTRICT COURT JUDGE