William E. Bonham
Attorney at law
Old Sacramento
916 Second Street
Sacramento, CA

Attorneys for Joseph DaRosa

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>v.<br><br>JOSEPH DAROSA,<br><br>                    Defendant. | CASE NO. 2:14-CR-00071-JAM<br><br>STIPULATION REGARDING CONTINUANCE OF DISPOSITION HEARING; ORDER<br><br>DATE: June 25, 2019<br>TIME: 9 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, the Admit Deny Hearing in this matter was set for June 25, 2019.

2. By this stipulation, the parties now move to continue the Disposition Hearing until July 23, 2019 at 9:15 a.m.

3. The parties request a continuance to allow defense counsel additional time to conduct investigation into the charges, review documents pertaining to the underlying offense, and to allow the parties to continue to negotiate a resolution.

IT IS SO STIPULATED.

1

| | |
|---|---|
| Dated: June 24, 2019 | McGREGOR W. SCOTT<br>United States Attorney<br><br>/s/ ADRIAN T. KINSELLA<br>ADRIAN T. KINSELLA<br>Assistant United States Attorney |
| Dated: June 24, 2019 | /s/ WILLIAM BONHAM<br>WILLIAM BONHAM<br>Counsel for Defendant<br>Joseph DaRosa |

**ORDER**

IT IS ORDERED this 24th day of June, 2019, that the Disposition Hearing previously set for June 25, 2019, at 9:15 a.m. is CONTINUED to July 23, 2019, at 9:15 a.m.

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE