William E. Bonham
Attorney at law
Old Sacramento
916 Second Street
Sacramento, CA 95814

Attorneys for Joseph DaRosa

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH DAROSA,<br><br>Defendant. | CASE NO. 2.2:14-CR-00071-JAM<br><br>STIPULATION REGARDING CONTINUANCE OF DISPOSITION HEARING; [PROPOSED] ORDER<br><br>DATE: July 23, 2019<br>TIME: 9:15 a.m.<br>COURT: Hon. John A. Mendez |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, the Admit/Deny Hearing in this matter was set for July 23, 2019.

2. By this stipulation, the parties now move / / /

/ / /

/ / /

3. The parties request a continuance to allow defense counsel additional time to conduct investigation into the charges, review documents pertaining to the underlying offense, and to allow the parties to continue to negotiate a resolution.

IT IS SO STIPULATED.

1

Dated: July 19, 2019　　　　　　　　　　McGREGOR W. SCOTT
　　　　　　　　　　　　　　　　　　　　United States Attorney


　　　　　　　　　　　　　　　　　　　　/s/ ADRIAN T. KINSELLA
　　　　　　　　　　　　　　　　　　　　ADRIAN T. KINSELLA
　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney


Dated: July 19, 2019　　　　　　　　　　/s/ WILLIAM BONHAM
　　　　　　　　　　　　　　　　　　　　WILLIAM BONHAM
　　　　　　　　　　　　　　　　　　　　Counsel for Defendant
　　　　　　　　　　　　　　　　　　　　Joseph DaRosa

**[PROPOSED] ORDER**

IT IS ORDERED this 22nd day of July, 2019, that the Disposition Hearing previously set for July 23, 2019, at 9:15 a.m. at 9 a.m. is CONTINUED to August 20, 2019 at 9:15 a.m..

*[signature]*

THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE

3