William E. Bonham
Attorney at law
Old Sacramento
916 Second Street
Sacramento, CA 95814

Attorneys for Joseph DaRosa

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>JOSEPH DAROSA,<br><br>    Defendant. | CASE NO. 2.2:14-CR-00071-JAM<br><br>STIPULATION REGARDING CONTINUANCE OF DISPOSITION HEARING; ORDER<br><br>DATE: October 1, 2019<br>TIME: 9:15 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, the Dispositional Hearing in this matter was set for October 1, 2019.

2. By this stipulation, the parties now request continuance of Dispositional hearing to October 15, 2019.

3. The parties request a continuance to allow defense counsel additional time to conduct investigation, witness interviews in furtherance of preparation of defense' Dispositional Memorandum for the hearing. USPO Lisa Hage has been noticed..

IT IS SO STIPULATED.

1

Dated: September 27, 2019            McGREGOR W. SCOTT
United States Attorney

/s/ ADRIAN T. KINSELLA

ADRIAN T. KINSELLA
Assistant United States Attorney

Dated: September 27, 2019            /s/ WILLIAM BONHAM
WILLIAM BONHAM
Counsel for Defendant
Joseph DaRosa

**ORDER**

IT IS ORDERED this 27th day of September, 2019, that the Disposition Hearing previously set for October 1, 2019, at 9:15 a.m. at 9 a.m. is CONTINUED to October 15, 2019 at 9:15 a.m..

DATED: September 27, 2019

JOHN A. MENDEZ,
UNITED STATES DISTRICT JUDGE