William E. Bonham
Attorney at law
Old Sacramento
916 Second Street
Sacramento, CA 95814

Attorneys for Joseph DaRosa

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>JOSEPH DAROSA,<br><br>                Defendant. | CASE NO. 2:14-CR-00071-JAM<br><br>**MODIFIED**<br>STIPULATION REGARDING CONTINUANCE OF DISPOSITION HEARING; ORDER<br><br>DATE: October 15, 2019<br>TIME: 9:15 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, the Disposition Hearing in this matter was set for October 15, 2019.

2. By this stipulation, the parties now request continuance of the Disposition Hearing to November 5, 2019.

3. The parties request a continuance to allow defense counsel additional time to conduct investigation and witness interview in furtherance of preparation of defense Dispositional Memorandum for the Disposition Hearing. Defense counsel has been delayed due to illness and feels such further investigation in mitigation of the charges of violation of supervise release is required in the interest of justice. USPO Lisa Hage will be properly noticed.

///

///

1

IT IS SO STIPULATED.

Dated: October 11, 2019		McGREGOR W. SCOTT
								United States Attorney

								/s/ ADRIAN T. KINSELLA
								ADRIAN T. KINSELLA
								Assistant United States Attorney


Dated: October 11, 2019		/s/ WILLIAM BONHAM
								WILLIAM BONHAM
								Counsel for Defendant
								Joseph DaRosa

**ORDER**

IT IS ORDERED this 11th day of October, 2019, that the Disposition Hearing previously set for October 15, 2019, at 9:15 a.m. at 9 a.m. is CONTINUED to November 5, 2019 at 9:15 a.m.

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
United States District Court Judge