William E. Bonham
Attorney at law
Old Sacramento
916 Second Street
Sacramento, CA 95814

Attorneys for Joseph DaRosa

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>JOSEPH DAROSA,<br><br>                Defendant. | CASE NO. 2:14-CR-00071-JAM<br><br>STIPULATION REGARDING CONTINUANCE OF DISPOSITION HEARING; ORDER<br><br>DATE: November 5, 2019<br>TIME: 9:15 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, the Disposition Hearing in this matter was set for November 5, 2019 at 9:15 a.m.

2. By this stipulation, the parties now request continuance of the Disposition Hearing to November 19, 2019 at 9:15 a.m.

3. The parties request a continuance to allow defense counsel additional time to conduct investigation and witness interview in furtherance of preparation of defense Dispositional Memorandum for the Disposition Hearing. Defense counsel has been further delayed in interviews and such further investigation in mitigation of the charges of violation of supervise release is required in the interest of justice. USPO Lisa Hage has been properly noticed.

///

1

///

IT IS SO STIPULATED.

Dated: October 31, 2019                               McGREGOR W. SCOTT
                                                                   United States Attorney

                                                                   /s/ ADRIAN T. KINSELLA
                                                                   ADRIAN T. KINSELLA
                                                                   Assistant United States Attorney


Dated: October 31, 2019                               /s/ WILLIAM BONHAM
                                                                   WILLIAM BONHAM
                                                                   Counsel for Defendant
                                                                   Joseph DaRosa

**ORDER**

IT IS ORDERED this 31st day of October, 2019, that the Disposition Hearing previously set for November 5, 2019, at 9:15 a.m. is CONTINUED to November 19, 2019 at 9:15 a.m.

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
United States District Court Judge